UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Gidewan G. Haile,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 21-10062<br><br>Chapter: 7<br>Honorable Jacqueline P Cox |

**Order Granting Trustee's Application to Retain Justin Storer and the Law Office of William J. Factor, Ltd.**

This matter having been presented to the Court pursuant to the Trustee's Application to Retain Justin Storer and The Law Office of William J. Factor, Ltd. (the "Application"); and the Court having reviewed the Application and having considered the statements of counsel with respect to the Application at the hearing before the Court (the "Hearing"); and the Court having found that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) notice of the Application and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED that:

1. The Application is granted as set forth herein; and

2. The Trustee is authorized to employ and retain Justin Storer and The Law Office of William J. Factor, Ltd., pursuant to 11 U.S.C. § 327(a), effective as of November 1, 2021, as her counsel, on an hourly basis with compensation of fees and reimbursement of expenses to be paid upon proper application to the Court.

Enter: *Jacqueline P. Cox*
_____
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: November 30, 2021

**Prepared by:**

Ariane Holtschlag (6294327)
Justin Storer (6293889)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com