UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Gidewan G. Haile,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   21-10062<br><br>Chapter: 7<br>Honorable Jacqueline P Cox |

## ORDER AUTHORIZING 2004 EXAMINATION

This matter having come before the Court on the motion of Ariane Holtschlag, not individually but as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Gidewan G. Haile, for authority to issue Rule 2004 subpoenas to Rajaei Haddad, HLMC Title Services, Inc., and BMO Harris Bank, N.A., due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. The Trustee is authorized to issue Rule 2004 subpoenas to Rajaei Haddad and BMO Harris Bank, N.A.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  March 08, 2022

**Prepared by:**

Ariane Holtschlag (6294327)
Justin Storer (6293889)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com